<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| DELUXE BUILDING SYSTEMS, INC., | : | |
| Plaintiff, | : | |
| | : | Civ. No. 06-2996 (GEB) |
| v. | : | |
| | : | **ORDER** |
| CONSTRUCTAMAX, INC. ET AL., | : | |
| Defendants. | : | |

<u>**BROWN, Chief Judge**</u>

This matter comes before the Court upon the motion for partial summary judgment filed by Whitlock Mills, LP ("Whitlock"). (Doc. No. 241) Arch Insurance Co. and Arch Reinsurance Co. (collectively, "Arch") oppose Whitlock's present motion. (Doc. No. 246) The Court has considered the parties' submissions without oral argument pursuant to Federal Rule of Civil Procedure 78. Having done so, for the reasons expressed in the accompanying memorandum opinion;

IT IS THIS 8th day of February, 2011, hereby

ORDERED that Whitlock's motion for partial summary judgment is GRANTED. (Doc. No. 241)

/s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J